ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-108 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONNA M. ALLEN,<br>Defendant,<br>DECISION,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 21, 2000.

On or about November 28, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. Following service , the defendant contacted the United States to arrange payment in full on this judgment. On December 28, 2001, a cashiers check in the amount of $8,157.60 was sent to the Department of Justice as payment in full of the principal, interest, and costs on this judgment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 21,2000 is hereby released.

Dated: 1/2/02

Judge
United States District Court

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK